

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00007-CV

Patricia **SKELTON**,
Appellant

v.

Guy James **GRAY**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16416A
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's Order of Dismissal is REVERSED, and the cause is REMANDED to the trial court with instructions that the trial court reinstate the matter on the court's active docket.

It is ORDERED that appellant recover her costs of appeal from appellee.

SIGNED November 2, 2022.

_____
Beth Watkins, Justice